IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| Plaintiff,    ) | 8:97CR88 |
| ) | |
| v.    ) | |
| ) | REASSIGNMENT ORDER |
| KARLA BLACKBURN and    ) | |
| RONETTE BEASLEY,    ) | |
| ) | |
| Defendants.    ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Thomas M. Shanahan to Chief Judge Joseph F. Bataillon for all dispositive matters.

DATED this 13th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE